IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   :   No. 3:15cr286
:
v.   :   (Judge Munley)
:
:
SAMUEL LOMBARDO,   :
        Defendant   :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 6th day of December 2017, Defendant Samuel Lombardo's motion in limine (Doc. 56) is hereby **GRANTED** in part and **DENIED** in part as follows:

    (1) The motion is **DENIED** with respect to the preclusion of statements made by the deceased confidential informant to both the defendant and law enforcement officials;

    (2) The motion is **GRANTED** with regard to evidence of defendant's marital status, and this evidence is precluded; and

    (3) the motion is **DENIED** regarding the brass knuckles found by law enforcement officials inside the defendant's vehicle.

                               **BY THE COURT:**

                               s/ James M. Munley
                               **JUDGE JAMES M. MUNLEY**
                               **United States District Court**