# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 15cr286 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SAMUEL LOMBARDO, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 27th day of August 2018, the defendant's motion for judgment of acquittal on Count Four of the Indictment (Doc. 86) is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNELY**
**United States District Judge**