UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 3:15-CR-286 |
| v. | : | (JUDGE MANNION) |
| **SAMUEL LOMBARDO,** | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) Defendant Samuel Lombardo's motion to vacate under 28 U.S.C. §2255, (Doc. 132), is **DENIED**;

2) We decline to issue a certificate of appealability; and

3) The Clerk of Court is directed to close civil case number 3-CV-19-1395.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 17, 2020**
15-286-01-order